## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC WATERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-01516-CBA |
| v. | ) |
| | ) |
| TENNECO INC., ROY V. ARMES, | ) |
| THOMAS C. FREYMAN, DENISE GRAY, | ) |
| BRIAN J. KESSLER, MICHELLE A. | ) |
| KUMBIER, DENNIS J. LETHAM, JAMES | ) |
| S. METCALF, ALEKSANDRA A. | ) |
| MIZIOLEK, CHARLES K. STEVENS, III, | ) |
| JOHN S. STROUP, and JANE L. | ) |
| WARNER, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 24, 2022                                **RIGRODSKY LAW, P.A.**

                                By:   */s/ Gina M. Serra*
                                      Gina M. Serra
                                      825 East Gate Boulevard, Suite 300
                                      Garden City, NY 11530
                                      (516) 683-3516
                                      gms@rl-legal.com

                                      *Attorneys for Plaintiff*